## Timothy HOLLINGSHEAD, Appellant,

v.

## STATE of Missouri, Respondent.

### No. WD 73589.

Missouri Court of Appeals, Western District.

Nov. 29, 2011.

Susan L. Hogan, Appellate Defender, Kansas City, MO, for Appellant.

Chris Koster, Attorney General, Robert J. (Jeff) Bartholomew, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division Three: KAREN KING MITCHELL, Presiding Judge, and JAMES M. SMART, JR., and GARY D. WITT, Judges.

### Order

PER CURIAM:

Timothy Hollingshead appeals the denial of his Rule 24.035 motion for post-conviction relief, without an evidentiary hearing, by the Circuit Court of Jackson County, Missouri. We affirm. Rule 84.16(b).